**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

**To: Rhonda Barchak**                                    **January 22, 2015**

**County:  Brazoria (Criminal)**

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-12-01106-CR | Douglas Wayne Ring v The State of Texas | 64814 |
|---|---|---|
|  | State's Exhibit 42, a video |  |


Received by: _____

Received on: _____